**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                          FAX (212) 964-2926

January 20, 2020

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Victor Dejesus-Ferreira,
18 Cr. 173 (NRB)

Your Honor,

I write to convey Victor Dejesus Ferreira's request that the Court re-assign me to represent him on the above case. I was originally assigned to represent him pursuant to the Criminal Justice Act, at his presentment on March 27, 2018 and represented him through May 28, 2019 when he retained Jorge Guttlein. After Mr. Guttlein's death, his son wrote to the Court asking that counsel be assigned for Mr. Dejesus Ferriera.

Mr. Dejesus Ferreira is not able to retain other counsel and asks that the Court assigne me to represent him pursuant to CJA. I join that request and will submit an updated Financial Affidavit to the Court under seal. The government but Timothy Capozzi, Esq., has no/objection to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED

*[signature]*
HON. NAOMI REICE BUCHWALD
1/22/20