```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

            - against -                      O R D E R

                                          18 Cr. 173-6 (NRB)
VICTOR DEJESUS-FERREIRA,

                    Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court reschedules the sentencing of Victor Dejesus-Ferreira for March 4, 2020 at 2:45 P.M. His sentencing submission is due on February 19, 2020, and the Government's sentencing submission is due on February 26, 2020.

Dated:  New York, New York
        January 22, 2020

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE