UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

VICTOR DEJESUS-FERREIRA,

       Defendant.
------------------------------------X

**O R D E R**

18 Cr. 173-6 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court reschedules the sentencing of Victor Dejesus-Ferreira for April 9, 2020 at 2:30 P.M. His sentencing submission is due on March 26, 2020, and the Government's sentencing submission is due on April 2, 2020.

Dated:   New York, New York
        February 24, 2020

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE