```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

     - against -                              O R D E R

                                              18 Cr. 173-6 (NRB)
VICTOR DEJESUS-FERREIRA,

                Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court reschedules the sentencing of Victor Dejesus-Ferreira for June 30, 2020 at 12:00 P.M. Mr. Dejesus-Ferreira's sentencing submission is due on June 16, 2020. The Government's sentencing submission is due on June 23, 2020.

Dated:   New York, New York
         April 3, 2020

                                      _____
                                            NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE