LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                      FAX (212) 964-2926

June 15, 2020

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Victor DeJesus Ferreira,
18 Cr. 173  (NRB)

Your Honor,

I write to request an adjournment of Victor DeJesus Ferreira's sentencing to a date at the end of September, 2020 that is convenient to the Court, in light of the covid-19 crisis.

The government, by Timothy Capozzi, Esq., consents to this application.

```
Victor Dejesus-Ferreira's
sentencing is rescheduled for
Tuesday, September 22 at 12:00
p.m.  His sentencing submission is
due on September 8.  The
Government's sentencing submission
is due on September 15.
```

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

*[signature]*

Hon. Naomi Reice Buchwald
```
Dated: June 16, 2020
```