```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        - against -                                  ORDER

                                              18 Cr. 173-6 (NRB)
VICTOR DEJESUS-FERREIRA,

              Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, defendant Victor Dejesus-Ferreira is currently detained at the Metropolitan Detention Center following his entry of a guilty plea to one count of conspiring to distribute and possess with the intent to distribute heroin and fentanyl in violation of 21 U.S.C. §§ 841(b)(1)(A), 846; and

WHEREAS, Mr. Dejesus-Ferreira moved for temporary release of custody pending his sentence in light of his heightened vulnerability to COVID-19 due to his obesity and his sleep apnea (ECF No. 171); and

WHEREAS, the Government does not oppose Mr. Dejesus-Ferreira's motion; and

WHEREAS, Mr. Dejesus-Ferreira was previously released on a $200,000 bond signed by eight financially responsible co-signers and subject to home confinement and GPS monitoring, which along with other conditions, the Court determined would reasonably

assure Mr. Dejesus-Ferreira's appearance and the safety of the community; it is hereby

**ORDERED** that, pursuant to 18 U.S.C. §§ 3143 and 3145(c), Mr. Dejesus-Ferreira is temporarily released from custody subject to the same bond and conditions upon which he was initially released; and it is further

**ORDERED** that Mr. Dejesus-Ferreira is to be detained until Mr. Dejesus-Ferreira's and Mr. Dejesus-Ferreira's wife's travel documents are surrendered and the Pretrial Services Office has outfitted him with a GPS monitor; and it is further

**ORDERED** that Mr. Dejesus-Ferreira's December 3, 2020 sentencing is adjourned pending a date to be set by the Court; and it is further

**ORDERED** that the next status conference is scheduled for Wednesday, February 10, 2021 at 11:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         November 16, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE